ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
SEP 11 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

FSEC, INC., A California corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Richard D. Corona

Firm Name: The Corona Firm, LLP

03-2152C

Post Office Box:

Street Address: 4700 Spring Street, Suite 300

City-State-Zip: La Mesa, CA 91941

Telephone & Facsimile Numbers:

E-mail address: rdcorona@coronafirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 8

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: N A V

See attached Sheet for three digit code.

Amount Claimed: $ $7,395,460.00

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003