IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., A CALIFORNIA CORPORATION | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2152C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joseph Trautwein as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOSEPH TRAUTWEIN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: October 15, 2003

s/Joseph Trautwein
JOSEPH TRAUTWEIN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice