**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FSEC, INC., A CALIFORNIA CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2152C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including February 9, 2004, within which it may respond to plaintiff's complaint in this case. Our response is currently due on December 10, 2003. This is our second request for an enlargement of time for this purpose. We previously requested and received an enlargement of time of 30 days to file our response. Counsel for plaintiff informed counsel for the United States that plaintiff does not oppose this motion.

Upon receipt of plaintiff's complaint, we immediately sent the complaint to the United States Department of the Navy ("Navy"), with a request that it provide us with a litigation report, as required by 28 U.S.C. § 520. Subsequently, Navy counsel immediately requested the pertinent records from the contracting officer. However, due to the press of other business, Navy

counsel has not yet completed the litigation report. Navy counsel will continue to prepare the litigation report for this case, and will send it to defendant's counsel as soon as possible. Defendant's counsel will then prepare the government's response to plaintiff's complaint in as expeditious a manner as possible.

For these reasons, we respectfully request that the Court grant our motion for a 60-day enlargement of time.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Joseph Trautwein
JOSEPH TRAUTWEIN
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011

December 10, 2003

Attorneys for Defendant