IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., A CALIFORNIA CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2152C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 17 day enlargement of time, to and including February 26, 2004, within which it may respond to plaintiff's complaint in this case. Our response is currently due on February 9, 2004. This is our third request for an enlargement of time for this purpose. We previously requested and received enlargements of time of 30 and 60 days to file our response to the complaint. Counsel for plaintiff has informed counsel for the United States that plaintiff does not oppose this motion.

Defendant's counsel has yet to receive from the Navy the litigation report, as required by 28 U.S.C. § 520. The assigned Navy counsel informed us that she has been working to complete the litigation report. Navy counsel stated that she has been unable to finalize the litigation report, however, because another Navy attorney who has knowledge that is integral to the

Navy's ability to fully analyze the complaint recently underwent emergency surgery, and has not yet returned to duty. The knowledgeable Navy attorney expects to return to duty on February 9. The assigned Navy counsel informed us that she has made arrangements to meet with the knowledgeable Navy attorney immediately upon his return to duty, and that upon meeting with the knowledgeable Navy attorney, she will immediately finalize the litigation report. Navy counsel informed us that she will provide defendant's counsel with the litigation report no later than February 18, 2004. Defendant's counsel will prepare and file the Government's response to plaintiff's complaint immediately upon receiving the litigation report from Navy counsel, and obtaining supervisory review.

For these reasons, we respectfully request that the Court grant our motion for a 17 day enlargement of time.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

February 6, 2004 Attorneys for Defendant