IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., A CALIFORNIA CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2152C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including May 10, 2004, within which the parties may file the Joint Preliminary Status Report ("JPSR"). The JPSR is currently due on April 19, 2004. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has informed counsel for the United States that plaintiff does not oppose this motion.

Since the date upon which we filed our Answer, defendant's counsel's wife has contracted a severe and debilitating illness. As a result of his wife's inability to care for herself or his infant son, for whom she is normally the primary caregiver, defendant's counsel has been required to take an extended period of leave from duty to attend to the needs of his wife and child. Moreover, because of the severity of his wife's illness, it is uncertain when defendant's counsel will be able to return to duty on a full time basis. Accordingly, the requested enlargement of time is necessary to allow defendant's counsel sufficient time to prepare the JPSR, to consult with plaintiff's counsel, and to obtain supervisory review

For these reasons, we respectfully request that the Court grant our motion for a 21 day enlargement of time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick

MARK A. MELNICK
Assistant Director

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307–0361
Fax: (202) 514-7965

April 15, 2004

Attorneys for Defendant