IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., A CALIFORNIA CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2152C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO SUSPEND FILING OF JOINT PRELIMINARY STATUS REPORT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Defendant respectfully requests that the Court issue an order suspending the parties' obligation to file the Joint Preliminary Status Report ("JPSR"), pending resolution of the plaintiff's motion for leave to file a supplemental complaint. The JPSR is currently due on May 10, 2004. Counsel for plaintiff has informed counsel for the United States that plaintiff does not oppose this motion.

On May 4, 2004, plaintiff filed a motion for leave to file a supplemental complaint, along with its proposed supplemental complaint. The basis for plaintiff's motion is that, on February 18, 2004, the contracting officer issued a final decision assessing liquidated damages against plaintiff in the amount of $3,685,100.00, and plaintiff proposes to amend its complaint to appeal that decision. See Plaintiff's Unopposed Motion For Leave To File And Serve Supplemental Complaint at 1. Accordingly, should the Court grant plaintiff's motion for leave, the merits of the contracting officer's final decision assessing liquidated damages would be before the Court in this action.

Defendant respectfully requests that the Court suspend the parties' obligation to file the JPSR until after it resolves plaintiff's pending motion for leave. Suspension of the current due date for the JPSR would allow the parties to file a single JPSR that addresses all of the issues before the Court, and to propose discovery deadlines that accurately reflect the complexity of this litigation.

For these reasons, we respectfully request that the Court grant our motion to suspend filing of the JPSR.[1]

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick

MARK A. MELNICK
Assistant Director

[1] Defendant respectfully proposes that, should the Court grant both the plaintiff's motion for leave and this motion, it permit the parties to file the JPSR ten days after the date upon which defendant files its answer to the supplemental complaint.

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307–0361
Fax: (202) 514-7965

May 5, 2004

Attorneys for Defendant