# In the United States Court of Federal Claims

No. 03-2152C
Filed June 9, 2004

************************************
FSEC, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
************************************

**SCHEDULING ORDER**

Pursuant to the Joint Preliminary Status Report, filed on June 3, 2004, the court enters the following scheduling order:

1. Rule 26(a)(1) disclosures are due **on or before July 6, 2004.**

2. Rule 26(a)(2) disclosures are due **on or before July 15, 2004.**

3. Rule 26(a)(2)(c) rebuttal disclosures are due **on or before August 13, 2004.**

4. Discovery requests will be served **on or before April 1, 2005.**

5. Fact depositions will be conducted **on or before June 3, 2005.**

6. Expert reports will be served **on or before June 24, 2005.**

7. Expert rebuttal reports will be served **on or before July 15, 2005.**

8. Expert depositions will be conducted **on or before August 31, 2005.**

9. The parties will submit a post-discovery joint status report **on or before October 10, 2005.**

s/SUSAN G. BRADEN
Judge