# In the United States Court of Federal Claims

No. 03-2152C
Filed December 6, 2004

```
***********************************
                                  *
FSEC, INC.,                       *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

A telephone status conference will be held on December 15, 2004, at 2:00 p.m. EST.

s/SUSAN G. BRADEN
Judge