# In the United States Court of Federal Claims

No. 03-2152C
Filed December 15, 2004

| | |
|---|---|
| FSEC, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to the telephone status conference held on December 15, 2004 and in accordance with the June 9, 2004 Scheduling Order, all discovery will be complete by August 31, 2005.

A telephone status conference will be held on January 12, 2005, at 3:00 p.m. EST to set a trial date for this matter.

s/SUSAN G. BRADEN
Judge