# In the United States Court of Federal Claims

No. 03-2152C
Filed January 28, 2005

| | |
|---|---|
| FSEC, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## FIRST AMENDED SCHEDULING ORDER

Pursuant to the status conference held on January 12, 2005 and the parties' Joint Proposed Schedule for Further Proceedings, the court hereby amends the June 9, 2004 Scheduling Order:

1. Fact Discovery**.** Discovery requests will be served **on or before May 1, 2005.** All fact discovery, including all depositions, shall conclude **on or before July 15, 2005.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, will be completed **on or before September 30, 2005.** Expert report(s) will be submitted **on or before August 5, 2005** and expert rebuttal report(s) will be submitted **on or before August 26, 2005.**

3. Dispositive Motions. Dispositive motions will be filed **on or before October 28, 2005**.

4. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before December 21, 2005.**

5. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before January 4, 2006.** Defendant will file its responsive Memorandum **on or before February 1, 2006.** Each Memorandum will be accompanied by witness lists, exhibit lists,

and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before February 1, 2006.** Plaintiff will file its responses to any motions filed by defendant **on or before February 13, 2006.**

7. Pretrial Conference. The pretrial conference will be held **on February 22, 2006 at 10 a.m. EST** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

8. Trial. Trial will be held **on March 13, 2006 through March 24, 2006.** Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge