IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., | ) | |
| Plaintiff, | ) | No. 03-2152C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Thomas D. Dinackus, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

February 17, 2005

/s Thomas D. Dinackus
______________________________
THOMAS D. DINACKUS
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6289
Fax: (202) 514-7969

NOTICE OF FILING

I hereby certify that on February 17, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus