# In the United States Court of Federal Claims

No. 03-2152C
Filed August 2, 2005

| | |
|---|---|
| FSEC, INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

A telephone status conference will be held on August 9, 2005 at 1:00 p.m. EST.

s/SUSAN G. BRADEN
Judge