IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2152C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT RESPONSE TO COURT ORDER

Pursuant to the status conference held on August 9, 2005, the parties jointly respectfully request the Court to enter the attached second amended scheduling order. The parties note that the first amended scheduling order specified that the trial will be held in Washington, D.C. However, the majority of the witnesses are located in the Philadelphia, Pennsylvania, area, and the parties believe that it may make sense to hold the trial in Philadelphia. Accordingly, the proposed second amended scheduling order does not address the location of the trial, and the parties request that the Court set the trial location in the future, after further consultation with the parties.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick

MARK A. MELNICK
Assistant Director

s/ Richard D. Corona

RICHARD D. CORONA
The Corona Firm, LLP
4700 Spring Street, Ste 300
La Mesa, CA 91941
Telephone: (619) 299-3311
Fax: (619) 299-3334

Attorneys for Plaintiff

s/ Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

August 16, 2005

NOTICE OF FILING

I hereby certify that on August 16, 2005, a copy of the foregoing "JOINT RESPONSE TO COURT ORDER" and attached proposed "SECOND AMENDED SCHEDULING ORDER" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus