IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2152C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SECOND AMENDED SCHEDULING ORDER

Pursuant to the status conference held on August 9, 2005, and the parties' July 15, 2005 joint motion to amend the scheduling order, the Court hereby amends the January 28, 2005 Scheduling Order:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude **on or before November 11, 2005**. In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. The parties will exchange preliminary expert reports that will be used solely for the purpose of facilitating settlement negotiations and will be subject to Rule 408 of the Federal Rules of Evidence, by October 31, 2005. All expert discovery, including the exchange of final expert reports and the completion of expert depositions, will be completed **on or before February 3, 2006.** Final expert reports will be exchanged **on or before January 13, 2006.**

3. Settlement Negotiations. The parties will complete settlement negotiations **on or before December 16, 2005.** The parties shall file a joint status report informing the court of the results of the settlement negotiations

**on or before December 20, 2005.**

4. Dispositive Motions. Dispositive motions will be filed **on or before February 28, 2006.**

5. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before March 31, 2006.**

6. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A, ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before April 17, 2006.** Defendant will file its responsive Memorandum **on or before May 15, 2006.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A, ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before May 15, 2006.** Plaintiff will file its responses to any motions filed by defendant **on or before May 26, 2006.**

7. Pretrial Conference. The pretrial conference will be held **on June 2, 2006 at 10 a.m. EST** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

8. Trial. Trial will be held **on June 19, 2006 through June 30, 2006.** Trial will begin at 10:00 a.m. on each day.

**IT IS SO ORDERED.**

__________________________
Judge