IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2152C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties jointly respectfully request the Court to amend the current scheduling order, as explained below. This is the parties' second joint motion to amend the scheduling order.

The current scheduling order provides that the parties will exchange their preliminary expert reports by October 31, 2005, and that the parties will complete fact discovery by November 11, 2005. The parties jointly request that the Court enlarge the due date for preliminary expert reports by four days, to November 4, 2005, and that the Court enlarge the deadline for fact discovery by seven days, to November 18, 2005.

Both parties have devoted substantial time and effort to this case and have made good progress toward completing fact discovery. Plaintiff took a week of depositions the week of September 26, 2005, and the Government is taking a week of depositions the week of October 11, 2005. Plaintiff

will take its second week of depositions the week of October 24, 2005. The Government planned to take its second week of depositions the week of November 7, 2005, but recently learned that one of the witnesses the Government plans to depose for one full day, Mr. Mel Twist, is not available the week of November 7, 2005. All of the witnesses the Government plans to depose during its second week of depositions are located in the greater Los Angeles, California, area, and it is not practical for Government counsel to fly to the west coast twice during the two week period, October 31 - November 11, 2005. It is also not practical to do all of the Government's depositions the week of October 31, as the Government needs the assistance of its experts to prepare for these depositions, and the Government's experts are extremely busy preparing their preliminary reports, which are presently due October 31, 2005.[1]

All of the witnesses the Government plans to depose during its second week of depositions are available the week of November 14, 2005. Accordingly, the parties jointly

---

[1] In addition, taking depositions on the west coast the week of October 31 would mean that Government counsel would miss Halloween and a parent-teacher conference on November 2, 2005, with regard to his seven-year old son.

request that the Court enlarge the deadline for completing fact depositions by seven days, to November 18, 2005, so that the Government can take its second week of depositions the week of November 14, 2005.

The parties also jointly request that the Court enlarge the deadline for preliminary expert reports by four days, to November 4, 2005, because plaintiff will be conducting its second week of depositions the week prior to the current October 31, 2005 deadline, and that will make it very difficult, for both counsel, to review their respective experts' reports prior to sending them to opposing counsel. Accordingly, the parties jointly request that the Court enlarge the deadline for expert reports by four days, to November 4, 2005.

The enlargements requested here will not affect any of the other deadlines in this case. The parties will still meet to conduct settlement discussions the week of December 12, 2005, and none of the subsequent deadlines will be affected.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to amend the scheduling order.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Mark A. Melnick
MARK A. MELNICK
Assistant Director

/S Richard D. Corona
RICHARD D. CORONA
The Corona Firm, LLP
4700 Spring Street, Ste 300
La Mesa, CA 91941
Telephone: (619) 299-3311
Fax: (619) 299-3334

Attorneys for Plaintiff

/S Thomas D. Dinackus
THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

October 11, 2005

NOTICE OF FILING

I hereby certify that on October 11, 2005, a copy of the foregoing "JOINT MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s ______________________