IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FSEC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2152C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties jointly respectfully provide the following status report pursuant to the Court's October 19, 2005, Third Amended Scheduling Order. The parties conducted settlement negotiations December 13-14, 2005. As a result of these negotiations, FSEC, Inc. ("FSEC") made an offer to settle this litigation. The Government's attorney of record will recommend to his superiors that they accept this offer, and is preparing a memorandum that makes that recommendation. If the authorized representative of the Attorney General accepts FSEC's offer, the parties will execute the paperwork necessary to effectuate the settlement.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

RICHARD D. CORONA
The Corona Firm, LLP
4700 Spring Street, Ste 300
La Mesa, CA 91941
Telephone: (619) 299-3311
Fax: (619) 299-3334

Attorneys for Plaintiff

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

December 20, 2005

NOTICE OF FILING

I hereby certify that on December 20, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s