# In the United States Court of Federal Claims

No. 03-2152C
Filed April 21, 2006

***********************************
FSEC, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER FOR ENTRY OF JUDGMENT**

Pursuant to the parties' April 19, 2006, Stipulation for Entry of Judgment the Clerk of the United States Court of Federal Claims is hereby directed to enter judgement as follows:

Payment by the United States to the Plaintiff in the amount of $2,900,000, inclusive of interest pursuant to the CDA through April 30, 2006, with, if Plaintiff has not received payment by April 30, 2006, additional interest pursuant to the CDA, upon $2,000,000, from May 1, 2006 until Plaintiff receives payment from the United States. Each party to bear its own cost, expenses, and attorney fees.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
**LAWRENCE M. BASKIR**
**Judge**
for
**SUSAN G. BRADEN**
**Judge**