# In the United States Court of Federal Claims

**No. 03-2152 C**

**FSEC, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed April 19, 2006, and the court's Order for Entry of Judgment, filed April 21, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $2,900,000.00, inclusive of interest pursuant to the CDA through April 30, 2006, with, if plaintiff has not received payment by April 30, 2006, additional interest pursuant to the CDA, upon $2,000,000.00, from May 1, 2006 until plaintiff receives payment from the United States. Each party to bear its own costs, expenses, and attorney.

Brian Bishop
Clerk of Court

**April 24, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.