United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 10, 2006

Richard D. Corona, Esq.
The Corona Law Firm LLP
4700 Spring Street, Suite 300
La Mesa, CA 91941

In re: FSEC, Inc. v. United States, No. 03-2152 C

Dear Mr. Corona:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 24, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Thomas David Dinackus, Esq.